# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**DION LAWTON WINGATE SR.,**

    Petitioner,

vs.                                               3:08cv346-MCR/WCS

**WALTER McNEIL,**

    Respondent.

_____/

## REPORT AND RECOMMENDATION TO SUMMARILY DISMISS § 2254 PETITION

Pending is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Doc. 1. Petitioner challenges a disciplinary report resulting in loss of gain time, but has been released from the custody of the Department of Corrections to a term of community supervision on a different offense. Doc. 8 (incorporated herein by reference), pp. 1-2. Petitioner was directed to show cause, if any, why the petition should not be dismissed as moot. *Id.*, pp. 2-3. Petitioner's response to the order to show cause was to be filed on or before February 24, 2009. *Id.* No response has been filed.

For the reasons previously stated, to which no response was filed, it is respectfully **RECOMMENDED** that the § 2254 petition be **SUMMARILY DISMISSED AS MOOT**.

**IN CHAMBERS** at Tallahassee, Florida, on March 17, 2009.

   S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.