**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DION LAWTON WINGATE SR.,

    Petitioner,

vs.                                CASE NO.:  3:08cv346/MCR/WCS

WALTER McNEIL,

    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation.  The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.   Petitioner's § 2254 petition is hereby SUMMARILY DISMISSED AS MOOT.

**DONE AND ORDERED** this 17th day of April, 2009.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**